UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| GOLDWELL OF NEW JERSEY, INC., *t/a Goldwell Mid-Atlantic*, <br>    Plaintiff, <br> v. <br><br> KPSS, INC., *d/b/a Goldwell*, <br>    Defendant. | Civ. Action No. 07-3919 (KSH) <br><br> **ORDER** |

**KATHARINE S. HAYDEN, U.S.D.J.**

For the reasons stated in the Opinion filed herewith,

**It is** on this 31st day of March, 2009, hereby

**ORDERED** that the Court grants in part and denies in part KPSS's motion for summary judgment [D.E. # 85] as follows:

The motion for summary judgment in favor of KPSS dismissing Count One of the amended complaint is **DENIED**;

The motion for summary judgment in favor of KPSS dismissing Counts Two, Three, Four, and Five of the amended complaint is **GRANTED**;

The motion for summary judgment in favor of KPSS on Counts Three, Four, Five, and Seven of its own amended counterclaim is **DENIED**; and it is further

**ORDERED** that Mid-Atlantic's motion for summary judgment [D.E. # 86] in its favor on Count One of the amended complaint is **DENIED**.

/s/  Katharine S. Hayden, U.S.D.J.